**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

NAOMI CARTER, on behalf of herself and    :
others similarly situated,         :  CASE NO. 1:22-cv-22206
                :
   Plaintiff,          :
                :
v.                :
                :
OPTIMUM HEALTH ASSOCIATES LLC,    :
                :
   Defendant.         :
                :
_____/

## NOTICE OF VOLUNTARY DISMISSAL

   Plaintiff Naomi Carter hereby provides notice of the voluntary dismissal of this action

without prejudice and with each party to bear its own fees and costs.


Dated: September 7, 2022      Respectfully submitted,

              */s/ Avi R. Kaufman*
              Avi R. Kaufman (FL Bar no. 84382)
              kaufman@kaufmanpa.com
              Rachel E. Kaufman (FL Bar no. 87406)
              rachel@kaufmanpa.com
              KAUFMAN P.A.
              237 S. Dixie Hwy, 4th Floor
              Coral Gables, FL 33133
              Telephone: (305) 469-5881

              *Attorneys for Plaintiff*